# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 09-0216 LJO |
| Plaintiff, | **ORDER ON IN FORMA PAUPERIS APPLICATION** |
| vs. | (Doc. 50.) |
| GILBERT ONTIVEROS-VALENCIA, | |
| Defendant. / | |

Defendant Gilbert Ontiveros-Valencia ("defendant") proceeds pro se and on December 20, 2011 filed his notice to appeal this Court's judgment to the Ninth Circuit Court of Appeals. On December 29, 2011, defendant filed an application to proceed in forma pauperis which makes the showing required by 28 U.S.C. § 1915. Accordingly, this Court GRANTS defendant's application to proceed in forma pauperis on appeal. 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

**Dated: December 30, 2011**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1